FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:25-MJ-00230-JAG |
| MARTIN RAFAEL DIAZ-AMEZCUA | ) |

## CRIMINAL COMPLAINT

I, Special Agent James Cain, state the following is true to the best of my knowledge and belief. On or about April 29, 2025, in the Eastern District of Washington, the defendant violated 18 U.S.C. § 111(a)(1), (b) (Assault on a Federal Officer).

This complaint is based on these facts:

☑ Continued on the attached sheet.

_*James Cain*_
*Complainant's signature*

Special Agent James Cain, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
x Sworn to telephonically and signed electronically.

Date: May 2, 2025

_*James A. Goeke*_
*Judge's signature*

James A. Goeke, United States Magistrate
*Printed name and title*

City and state: Spokane, Washington