Carter Powers Beggs
Federal Defenders of Eastern Washington and Idaho
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
Telephone: (509) 624-7606

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America, | 2:25-mj-0230-JAG-1 |
| Plaintiff, | |
| vs. | **Notice of Appearance** |
| Martin Rafael Diaz-Amezcua, | |
| Defendant, | |

I am admitted or otherwise authorized to practice in the Eastern District of Washington, and I appear as counsel for Martin Rafael Diaz-Amezcua.

Dated: May 7, 2025                    Respectfully Submitted,

By s/ Carter Powers Beggs
WA 60065
Federal Defenders of Eastern
Washington and Idaho
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
Email: carter_powersbeggs@fd.org
Telephone: (509) 624-7606

Notice of Appearance - 1

## Service Certificate

I certify that on May 7, 2025, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will notify the Assistant United States Attorney assigned to this case.

_s/ Laura Alvarez_
Laura Alvarez
Paralegal to Carter Powers Beggs